EL PUEBLO, DEMANDANTE Y APELADO, *v.* EDWARDS, ACUSADO Y APELANTE.

APELACIONES procedentes de la Corte de Distrito de Arecibo en causas por delitos de Infracción a la Ley del Servicio Civil.

Nos. 1135 y 1136.—Resueltos en julio 9, 1917.

Resueltos por los fundamentos de la opinión emitida en el caso No. 1084, *El Pueblo* v. *Wys,* p. 510.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogados del apelado: *Sr. Salvador Mestre, Fiscal,* y *Miguel A. Muñoz, Oficial jurídico.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

Las acusaciones de estos dos casos, que son esencialmente idénticas a la del caso de *El Pueblo* v. *Wys,* que acabamos de decidir, no expresan un delito público, y, por tanto, por las razones consignadas en la opinión en dicho caso de *El Pueblo* v. *Wys,* las sentencias deben ser revocadas.

> *Revocadas las sentencias apeladas y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Aldrey.

Jueces disidentes: Sres. del Toro y Hutchison.